KEYSTONE MASONRY, INC. *v.* EAST COAST BUILDERS, INC.

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Mark H. Swerdloft,* in support of the petition.

*Robert F. McWeeny,* in opposition.

Submitted April 11—decided April 18, 1978

PETER R. JOHL ET AL. *v.* TOWN OF GROTON

The plaintiff's "Motion to Expedite Decision by Remanding a New Trial" is dismissed by the court.

*Peter R. Johl,* pro se, in support of the motion.

Submitted April 11—decided April 18, 1978

WILLIAM MARTIN ET AL. *v.* BLANTON J. SMITH ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Mario P. Mikolitch,* in support of the petition.

*Andrew Brank,* in opposition.

Submitted April 14—decided April 19, 1978

H. ASCHER SELLNER ET AL. *v.* BEECHWOOD CONSTRUCTION COMPANY, INC., ET AL.

The plaintiffs' motion to dismiss the appeal from the Superior Court in Fairfield County is denied by the court.

*James R. Fogarty,* for the appellants (defendants).

No appearance for the appellees (plaintiffs).